UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BARBARA DELIA, <br>     PLAINTIFF, <br> <br> v. <br> <br> GARRETT INVESTMENTS, LLC, <br>     DEFENDANT. <br> <br> GARRETT INVESTMENTS, LLC, <br>     THIRD-PARTY PLAINTIFF, <br> <br> v. <br> <br> PALM CASUAL PATIO FURNITURE, LLC & <br> AARON W. BEASLEY, <br>     THIRD-PARTY DEFENDANTS. | Case No. **2:22-cv-03715-BHH** |

_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

The Plaintiff states that she is desirous of the voluntary dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 13th day of February, 2024.

      */s/ Jordan B. Rogers*
      Jordan B. Rogers; SC District Court #13785
      *Attorney for Plaintiff*
      221 Indigo Bay Circle
      Mt. Pleasant, SC 29464
      (843) 459-7005
      Email: jbrogers.esq@gmail.com